IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blanco, Norman

Printed: 3/4/08

Case Number: 05 B 16516
Judge: Hollis, Pamela S
Filed: 4/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 15, 2007
Confirmed: July 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,024.00 |  |
| Secured: |  | 8,237.56 |
| Unsecured: |  | 12,679.92 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,096.00 |
| Other Funds: |  | 10.52 |
| Totals: | 22,024.00 | 22,024.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Harris Bank | Secured | 5,173.34 | 5,173.34 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 17,049.73 | 3,064.22 |
| 4. | Resurgent Capital Services | Unsecured | 2,465.02 | 1,270.02 |
| 5. | Resurgent Capital Services | Unsecured | 1,946.21 | 1,002.68 |
| 6. | Resurgent Capital Services | Unsecured | 2,783.16 | 1,433.91 |
| 7. | ECast Settlement Corp | Unsecured | 1,138.35 | 586.48 |
| 8. | ECast Settlement Corp | Unsecured | 2,282.00 | 1,175.70 |
| 9. | ECast Settlement Corp | Unsecured | 3,447.52 | 1,776.22 |
| 10. | Discover Financial Services | Unsecured | 5,316.75 | 2,739.19 |
| 11. | Resurgent Capital Services | Unsecured | 1,359.44 | 700.40 |
| 12. | Resurgent Capital Services | Unsecured | 3,374.11 | 1,738.39 |
| 13. | American Express Centurion | Unsecured | 518.00 | 256.93 |
| 14. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 15. | Chase Advantage Credit | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,853.63 | $ 20,917.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 105.57 |
| 5.5% | 714.88 |
| 5% | 68.84 |
| 4.8% | 125.91 |
| 5.4% | 80.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Blanco, Norman<br><br>Printed:  3/4/08 | Case Number:  05 B 16516<br>Judge:  Hollis, Pamela S<br>Filed:  4/27/05 |

_____
$ 1,096.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

